# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD OSBURN, et al.,<br>Plaintiffs,<br>v.<br>COUNTRYWIDE HOME LOANS, et al.,<br>Defendants. | Case No. 1:19-cv-00246-DAD-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO DECEMBER 17, 2019 AT 11:30 A.M.<br><br>(ECF No. 49) |

On March 26, 2019, and on July 24, 2019, the Court continued the mandatory scheduling conference in this matter due to a pending motion to dismiss. (ECF Nos. 24, 47.) On September 25, 2019, Defendants filed a stipulation requesting the mandatory scheduling conference be continued a further sixty days due to the still pending motion to dismiss. (ECF No. 49.) Plaintiffs did not respond to the Defendants' request to join in the stipulation to continue the conference. (ECF No. 49.) The Court finds good cause to continue the conference.

Accordingly, the mandatory scheduling conference is HEREBY CONTINUED to **December 17, 2019, at 11:30 a.m.** in Courtroom 9. IT IS FURTHER ORDERED that the parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **September 26, 2019**

UNITED STATES MAGISTRATE JUDGE

1