# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD OSBURN, et al., | Case No. 1:19-cv-00246-DAD-SAB |
| Plaintiffs, | ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE |
| v. | (ECF No. 52) |
| COUNTRYWIDE HOME LOANS, et al., | |
| Defendants. | |

On September 26, 2019, the Court continued the mandatory scheduling conference until December 17, 2019, at the request of the defendants due to the pending motions to dismiss in this action. On November 20, 2019, the defendants filed a stipulation requesting the mandatory scheduling conference be continued a further sixty days due to the still pending motions to dismiss. Plaintiffs have refused to stipulate to a continuance of the scheduling conference.

Until such time as the alleged deficiencies in the complaint have been addressed and the defendants file an answer, the Court finds that it would be a waste of judicial and the parties' time and resources to conduct a scheduling conference. Therefore, good cause exists to continue the scheduling conference until after the pending motions to dismiss have been decided by the district judge.

///

///

1

Accordingly, the mandatory scheduling conference is HEREBY CONTINUED to **March 10, 2020, at 9:00 a.m.** in Courtroom 9. IT IS FURTHER ORDERED that the parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **November 20, 2019**

UNITED STATES MAGISTRATE JUDGE